# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DAVID STEELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV407-049 |
| NIKEYA BLAKE, JUDGE GREGORY H. FOWLER, JAKIYA GIBBS, | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated April 20, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 3. The Court warned plaintiff that his failure to return these forms by May 20, 2007 would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 29th day of May, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA